**FILED**

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McCORD PATTEN,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN,<br><br>Defendant. | No. C 11-02057 JF (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Docket No. 18) |

Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against state officials. On August 19, 2011, the Court dismissed the complaint with leave to amend within thirty days of the order. (Docket No. 17.)

Plaintiff has filed a motion for an extension of time in which to file his amended complaint. (Docket No. 18.) For good cause shown, Plaintiff's motion is GRANTED. Plaintiff shall file his amended complaint **no later than October 18, 2011.**

This order terminates Docket No. 18.

IT IS SO ORDERED.

DATED: 9-21-11

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JF\CR.11\02057Patten_eot-ac.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON M. PATTEN,

        Plaintiff,

v.

JERRY BROWN,

        Defendant.

Case Number: CV11-02057 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _9/23/11_, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason McCord Patten G-29284  
Avenal State Prison  
PO Box 900  
Building 230-2-53 Low  
Avenal, CA 93204

Dated: _9/23/11_

Richard W. Wieking, Clerk  
E Haran, Deputy Clerk