1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JASON MCCORD PATTEN,              )   No. C 11-2057 LHK (PR)
                                       )
         Plaintiff,                    )   ORDER GRANTING
12                                     )   DEFENDANTS' MOTION TO
       v.                              )   CHANGE TIME
13                                     )
     JERRY BROWN, et al.,              )
14                                     )
         Defendants.                   )
15   _____ )   (Docket No. 123)

16       In accordance with Rule 6-3 of the District's Civil Local rules, Defendants Kiani,

17   Kushner, Walker, and Upshaw have moved for a thirty-five day extension of time, up to and

18   including February 7, 2013, within which to file a dispositive motion in this matter.  Having read

19   and considered Defendants' motion to change time and the declaration of Defendants' counsel

20   supporting the motion, Defendants' motion for an extension of time is **GRANTED**.  Defendants

21   shall file a dispositive motion **no later than February 7, 2013**.  Plaintiff's opposition to

22   Defendants' dispositive motion shall be due **twenty-eight (28) days thereafter**.  Defendants'

23   reply shall be **due fourteen (14) days after the filing date of Plaintiff's opposition**.

24       This order terminates docket number 123.

25       IT IS SO ORDERED.

26   DATED:   1/31/13

27                                              LUCY H. KOH
                                                United States District Judge
28

Order Granting Defendants' Motion to Change Time
G:\PRO-SE\SJ.LHK\CR.11\Patten057eot-disp.wpd