1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON MCCORD PATTEN, | ) | No. C 11-2057 LHK (PR) |
| Plaintiff, | ) | ORDER GRANTING |
| v. | ) | DEFENDANTS' MOTION TO CHANGE TIME |
| JERRY BROWN, et al., | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 123) |

     In accordance with Rule 6-3 of the District's Civil Local rules, Defendants Kiani, Kushner, Walker, and Upshaw have moved for a thirty-five day extension of time, up to and including February 7, 2013, within which to file a dispositive motion in this matter.  Having read and considered Defendants' motion to change time and the declaration of Defendants' counsel supporting the motion, Defendants' motion for an extension of time is **GRANTED**.  Defendants shall file a dispositive motion **no later than February 7, 2013**.  Plaintiff's opposition to Defendants' dispositive motion shall be due **twenty-eight (28) days thereafter**.  Defendants' reply shall be **due fourteen (14) days after the filing date of Plaintiff's opposition**.

     This order terminates docket number 123.

     IT IS SO ORDERED.

DATED:   1/31/13

LUCY H. KOH
United States District Judge

Order Granting Defendants' Motion to Change Time
G:\PRO-SE\SJ.LHK\CR.11\Patten057eot-disp.wpd