1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON MCCORD PATTEN, | ) | No. C 11-2057 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO STAY DISCOVERY; GRANTING |
| v. | ) ) | MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION; |
| DR. C. STONE, et al., | ) ) | DENYING MOTIONS FOR APPOINTMENT COUNSEL |
| Defendants. | ) ) | |
| | ) | (Doc. Nos. 117, 127, 137, 142.) |

Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights

complaint pursuant to 42 U.S.C. § 1983.  (Docket No. 102.)  Defendants filed a motion to

dismiss for failure to state a claim and for qualified immunity.  (Docket No. 134.)  Defendants

also filed a motion to stay discovery.  (Docket No. 137.)  Plaintiff filed an opposition to the

motion to stay discovery.  (Docket No. 144.)  In addition to opposing a stay of discovery,

Plaintiff also requests an extension of time to file an opposition to Defendants' motion to

dismiss.  (*Id.*)  Plaintiff alleges that he is unable to file an opposition due to Defendants' failure

to comply with the Court's order to engage in discovery.  (*Id.*)  Plaintiff has also filed a motion

to compel discovery.  (Docket No. 117.)

//

//

Order Granting Motion to Stay Discovery; Granting Motion for Extension of Time; Denying Motions for
Appointment of Counsel
G:\PRO-SE\SJ.LHK\CR.11\Patten057misc2.wpd

1    As a general rule, a district court should stay discovery until the issue of qualified

2    immunity is resolved.  *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Harlow v.*

3    *Fitzgerald*, 457 U.S. 800, 818 (1982).  Accordingly, Defendants' motion to stay discovery is

4    hereby **GRANTED**.  (Docket No. 137.)  Plaintiff's motion to compel discovery is **DENIED**.

5    (Docket No. 117.)

6    In the interest of justice, Plaintiff's request for an extension of time in which to file an

7    opposition to Defendants' motion to dismiss is **GRANTED**.  Plaintiff shall file an opposition to

8    Defendants' motion to dismiss **within twenty-eight (28) days** of the filing date of this order.

9    Defendants' shall file a reply **within fourteen (14) days** of the filing date of Plaintiff's

10   opposition.

11   To the extent that Plaintiff requests the Court to appoint counsel in his motion for Court

12   appointed expert witness and his motion to inform the Court of Plaintiff's circumstances, the

13   request is **DENIED** for want of changed circumstances.  (Docket Nos. 127 and 142.)

14   This order terminates docket numbers 117, 127, 137 and 142.

15   IT IS SO ORDERED.

16   DATED: ____4/9/13____

17                                             LUCY H. KOH
                                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion to Stay Discovery; Granting Motion for Extension of Time; Denying Motions for
Appointment of Counsel
G:\PRO-SE\SJ.LHK\CR.11\Patten057misc2.wpd