IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON McCORD PATTEN,** | Case No. C 11-2057 LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME REGARDING DISPOSITIVE MOTION DEADLINES** |
| v. | |
| **DR. C. STONE, et al.,** | |
| Defendants. | |

   In accordance with Rule 6-3 of this District's Civil Local Rules, Defendants have moved to extend and coordinate the briefing deadlines governing the parties' dispositive motions. Defendants' current summary judgment deadline is August 9, 2013, and they seek an extension of forty-five days up to and including September 23.  Defendants' opposition to Plaintiff's motion for partial summary judgment, which he filed on July 26, is currently due on August 23.  With respect to that deadline, Defendants seek an extension of thirty days to September 23, so as to coordinate the filing of their opposition to Plaintiff's motion with the filing of their anticipated offensive motion for summary judgment.  And Defendants seek consistent extensions of each side's related opposition and reply deadlines.

1

[Proposed] Order Granting Defs.' Mot. Change Time (C 11-2057 LHK)

Having read and considered Defendants' motion to change time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion to extend and coordinate briefing of each side's dispositive motion is granted.  The following schedule shall govern the parties' briefing on summary judgment:

1. Defendants' motion for summary judgment shall be filed by September 23.  Also by September 23, Defendants shall oppose Plaintiff's motion for partial summary judgment.

2. Plaintiff shall oppose Defendants' motion for summary judgment by October 21.  Plaintiff shall also file any reply in support of Plaintiff's motion for partial summary judgment by October 21.

3. Defendants' reply in support of Defendants' motion for summary judgment shall be filed by November 4.

The matter will thereafter be deemed submitted.

IT IS SO ORDERED.

Dated: August  9 , 2013                    _____
                                            The Honorable Lucy H. Koh
                                            United States District Court Judge

2

[Proposed] Order Granting Defs.' Mot. Change Time (C 11-2057 LHK)