1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12
**JASON McCORD PATTEN,**                    Case No. C 11-2057 LHK
13
                                   Plaintiff,    **[PROPOSED] ORDER**
14                                               **GRANTING DEFENDANTS' MOTION**
                                                 **TO CHANGE TIME REGARDING**
15            **v.**                             **DISPOSITIVE MOTION DEADLINES**

16    **DR. C. STONE, et al.,**

17                                  Defendants.

18

19        In accordance with Rule 6-3 of this District's Civil Local Rules, Defendants have moved to

20   extend and coordinate the briefing deadlines governing the parties' dispositive motions.

21   Defendants' current summary judgment deadline is August 9, 2013, and they seek an extension of

22   forty-five days up to and including September 23.  Defendants' opposition to Plaintiff's motion

23   for partial summary judgment, which he filed on July 26, is currently due on August 23.  With

24   respect to that deadline, Defendants seek an extension of thirty days to September 23, so as to

25   coordinate the filing of their opposition to Plaintiff's motion with the filing of their anticipated

26   offensive motion for summary judgment.  And Defendants seek consistent extensions of each

27   side's related opposition and reply deadlines.

28

1    Having read and considered Defendants' motion to change time and the declaration of

2  Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion to

3  extend and coordinate briefing of each side's dispositive motion is granted.  The following

4  schedule shall govern the parties' briefing on summary judgment:

5    1.    Defendants' motion for summary judgment shall be filed by September 23.  Also by

6  September 23, Defendants shall oppose Plaintiff's motion for partial summary judgment.

7    2.    Plaintiff shall oppose Defendants' motion for summary judgment by October 21.

8  Plaintiff shall also file any reply in support of Plaintiff's motion for partial summary judgment by

9  October 21.

10    3.    Defendants' reply in support of Defendants' motion for summary judgment shall be

11  filed by November 4.

12    The matter will thereafter be deemed submitted.

13    IT IS SO ORDERED.

14

15  Dated:  August _9_, 2013    _____

16            The Honorable Lucy H. Koh
              United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defs.' Mot. Change Time (C 11-2057 LHK)