IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON MCCORD PATTEN, | ) | No. C 11-2057 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | FOR EXTENSION OF TIME TO |
| v. | ) | FILE OPPOSITION AND REPLY |
| | ) | |
| DR. C. STONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 188.) |

Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 102.) On July 26, 2013, plaintiff filed a motion for partial summary judgment. (Docket No. 161.) On October 3, 2013, plaintiff filed a motion for summary judgment or partial summary judgment against defendant Dr. C. Stone who had recently been served. (Docket No. 175.) Plaintiff referenced and incorporated his previously filed motion into the motion filed October 3, 2013. On October 23, 2013, defendants filed a motion for summary judgment (docket no. 178), and an opposition to plaintiff's motions (docket no. 186). Plaintiff has filed a motion requesting an extension of time until December 18, 2013, in which to file an opposition to defendants' motion for summary judgment and a reply to defendants' opposition to his motions. (Docket No. 188.)

Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to defendants' motion

Order Granting Motion for Extension of Time to File Opp. & Reply
G:\PRO-SE\LHK\CR.11\Patten057eot-opp&reply.wpd

1  for summary judgment **no later than December 18, 2013**.  Defendants' reply shall be filed
2  **fourteen (14) days thereafter**.  Plaintiff shall file a reply to defendants' opposition to his
3  motions **no later than December 18, 2013**.  Upon filing of a reply, plaintiff's motions shall be
4  deemed submitted to the court for consideration.

5      This order terminates docket number 188.

6      IT IS SO ORDERED.

7  DATED:  11/26/13

    *Lucy H. Koh*
    LUCY H. KOH
8      United States District Judge