IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON MCCORD PATTEN, | ) | No. C 11-2057 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DR. C. STONE, et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to for summary judgment, and denied plaintiff's motions for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/3/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.11\Patten057jud.wpd